UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-36016 |
| David L. Chase and Kimberly Rachal ) | Chapter 7 |
| ) | Hon. Pamela S. Hollis |
| Debtors. ) | |

## ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR OTHER RELIEF

This matter having come before the Court on Cole Taylor Bank's ("Cole Taylor" [1]) Motion for Relief from the Automatic Stay and for Other Relief (the "Motion"); the Court having considered all presentations on the record at a hearing (the "Hearing") on the Motion, and the Court finding that (a) the Court has jurisdiction over the matters raised in the Motion, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G), (c) proper and adequate notice of the Motion and the Hearing was given and that no other or further notice is necessary, and (d) good and sufficient cause exists for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion and all relief requested therein is hereby granted.

2. All objections to the relief sought in the Motion that have not been withdrawn are hereby overruled.

3. The automatic stay is hereby modified allow Cole Taylor to exercise its state law remedies with respect to the Real Property including, but not limited to, continuing with foreclosure proceedings in state court.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

CHICAGO\3023045.1
ID\MADI - 104069/0047

4. The stay of the effectiveness of this Order pursuant to Bankruptcy Rule 4001(a)(3) is hereby waived.

5. The Motion and the entry of this Order constitute a core proceeding, and this Order is a final Order as those terms are defined in 28 U.S.C. §§ 157 and 158.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: __SEP 1 4 2010__, 2010  _____
UNITED STATES BANKRUPTCY JUDGE

-2-