UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  10-36016 |
| David L. Chase | ) | |
| and Kimberly Rachal | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| Debtor(s) | ) | |

**ORDER EXTENDING TIME TO OBJECT TO DISCHARGE UNDER §727**

This case coming to be heard on Trustee's Second Motion to Extend Time to Object to Discharge Under §727("Motion"); due notice having been given; the Motion having been filed timely; counsel for Trustee having appeared; and the Court being advised in the premises; it is, therefore

ORDERED, that the date by which Trustee may timely file a complaint objecting to Debtor's discharge pursuant to §727 of the Bankruptcy Code, Title 11 U.S.C., is hereby extended through and including ~~April 15,~~ *March 21* 2011. Hearing on the Motion is concluded. *This is a final extension.*

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  **FEB 17 2011**

**Prepared by counsel of Movant:**

Andrew J. Maxwell (ARDC #1799150)
Jaclyn H. Smith (ARDC # 6284016)
Maxwell Law Group, LLC
105 West Adams, Suite 3200
Chicago, IL 60603
312/368-1138