# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                          §
                                §
CHASE, DAVID L                  §   Case No. 10-36016
RACHAL, KIMBERLY                §
                                §
            Debtor(s)           §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/12/2010 . The undersigned trustee was appointed on 08/12/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 17,751.52 |

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 25.59 |
| Bank service fees | 517.95 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 17,207.98 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 02/04/2011 and the deadline for filing governmental claims was 02/04/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,525.15 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,525.15 , for a total compensation of $ 2,525.15 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/24/2013           By:/s/ANDREW J. MAXWELL, TRUSTEE
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| DAVID L. CHASE and | ) | No. 10-36016 |
| KIMBERLY RACHAL | ) | Hon. Pamela S. Hollis |
| Debtors. | ) | Chapter 7 |

### EXHIBIT A TO TRUSTEE'S FINAL REPORT

This case is administratively insolvent. The amount collected from the Debtor was considerably smaller than anticipated and the fees to obtain that amount were more than anticipated. In particular, administration of personal property in the form of jewelry and household goods is difficult, and monitoring time payments and enforcing a settlement agreement is also time consuming and expensive. Mr. Chase was a professional real estate developer and owned several parcels of real estate held in multi-tiered business entities and a trust, and the investigation of the various parcels and the ownership entities was also time consuming and expensive.

Trustee's counsel's fees will not be paid in full because of the amount of funds available. There are two very large claims, apparently lender deficiency claims that total over two million dollars. Other than bond premiums and bank fees, no administrative expenses have been paid. In fact, Trustee and his counsel advanced the funds to pay the jewelry appraiser which resulted in the ability to settle with the Debtors and obtain funds for the estate.

Andrew J. Maxwell, Trustee                                                                December 2013

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-36016 PSH Judge: PAMELA S. HOLLIS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | CHASE, DAVID L | Date Filed (f) or Converted (c): | 08/12/10 (f) |
| | RACHAL, KIMBERLY | 341(a) Meeting Date: | 10/04/10 |
| For Period Ending: | 12/24/13 | Claims Bar Date: | 02/04/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. DEBTORS HAVE AN INTEREST IN VARIOUS PROPERTIES THR | 0.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 50.00 | 50.00 | | 0.00 | FA |
| 3. CHASE, CHECKING ACCOUNT | 2,200.00 | 2,200.00 | | 0.00 | FA |
| 4. FIRST EAGLE ACCOUNTS | 2,300.00 | 2,300.00 | | 0.00 | FA |
| 5. USUAL COMPLEMENT OF HOUSEHOLD GOODS, RUG, ARTWORK | 700.00 | 700.00 | | 2,500.00 | FA |
| 6. USUAL COMPLEMENT OF MEN'S CLOTHING | 350.00 | 350.00 | | 0.00 | FA |
| 7. USUAL COMPLEMENT OF WOMEN'S CLOTHING, FUR COAT | 350.00 | 350.00 | | 0.00 | FA |
| 8. JEWELRY | 10,000.00 | 10,000.00 | | 15,250.00 | FA |
| 9. NORTHWESTERN MUTUAL LIFE INSURANCE POLICIES | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 10. 100% INTEREST IN DELAWARE CORPORATION, LA MANAGER, | 0.00 | 0.00 | | 0.00 | FA |
| 11. STREET LAND TRUST; SERIES B: BENEFICIAL INTEREST O | 0.00 | 0.00 | | 0.00 | FA |
| 12. EMERGING INTERESTS LLC (DEBTOR OWNS 1%, THROUGH LI | 0.00 | 0.00 | | 0.00 | FA |
| 13. THRUSH INVESTMENT COMPANY (DEBTOR OWNS 25% - NO VA | 0.00 | 0.00 | | 0.00 | FA |
| 14. DEBTOR HAS ADVANCED $8,759.44 ON BEHALF OF BENEFIC | 0.00 | 0.00 | | 0.00 | FA |
| 15. DEBTOR OWED 2006 FEDERAL INCOME TAX REFUND, HOWEVE | 0.00 | 0.00 | | 0.00 | FA |
| 16. LIVING TRUST, NO VALUE NET OF DEBT | 0.00 | 0.00 | | 0.00 | FA |
| 17. 1999 DODGE DURANGO | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 18. 2004 VOLVO XC90 | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 19. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.52 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $27,950.00 | $27,950.00 | | $17,751.52 | $0.00 |

(Total Dollar Amount in Column 6)

LFORM1 UST Form 101-7-TFR (5/1/2011) (Page: 3)

Ver: 17.04b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 10-36016   PSH   Judge: PAMELA S. HOLLIS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | CHASE, DAVID L | Date Filed (f) or Converted (c): | 08/12/10 (f) |
| | RACHAL, KIMBERLY | 341(a) Meeting Date: | 10/04/10 |
| | | Claims Bar Date: | 02/04/11 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Settlement of jewelry - $17,000.00 completed

Settlement of interest in Motion to Vacate - $5000

Initial Projected Date of Final Report (TFR): 12/31/11          Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-36016 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | CHASE, DAVID L | Bank Name: | ASSOCIATED BANK |
| | RACHAL, KIMBERLY | Account Number / CD #: | *******7779 Checking Account |
| Taxpayer ID No: | *******6101 | | |
| For Period Ending: | 12/24/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 17,544.62 | | 17,544.62 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.82 | 17,533.80 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.17 | 17,522.63 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.80 | 17,511.83 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.16 | 17,500.67 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.02 | 17,474.65 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.47 | 17,451.18 |
| 03/22/13 | 010001 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 14.56 | 17,436.62 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.94 | 17,410.68 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.05 | 17,385.63 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.85 | 17,359.78 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.98 | 17,334.80 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.77 | 17,309.03 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.73 | 17,283.30 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.87 | 17,258.43 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.66 | 17,232.77 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.79 | 17,207.98 |

Page Subtotals  17,544.62  336.64

LFORM24 UST Form 101-7-TFR (5/1/2011) (Page: 5)

Ver: 17.04b

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-36016 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | CHASE, DAVID L | Bank Name: | ASSOCIATED BANK |
| | RACHAL, KIMBERLY | Account Number / CD #: | *******7779 Checking Account |
| Taxpayer ID No: | *******6101 | | |
| For Period Ending: | 12/24/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 17,544.62 | 336.64 | 17,207.98 |
| | | | Less: Bank Transfers/CD's | | 17,544.62 | 0.00 | |
| | | | Subtotal | | 0.00 | 336.64 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 336.64 | |

Page Subtotals  0.00  0.00

FORM 2

Page: 3

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-36016 -PSH | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | CHASE, DAVID L | | Bank Name: | Bank of America, N.A. |
| | RACHAL, KIMBERLY | | Account Number / CD #: | *******4872 Money Market - Interest Bearing |
| Taxpayer ID No: | *******6101 | | | |
| For Period Ending: | 12/24/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/31/11 | 8 | David Chase | SETTLEMENT-PERSONAL PROPERTY | 1121-000 | 5,000.00 | | 5,000.00 |
| 06/30/11 | 19 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,000.04 |
| 07/29/11 | 19 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,000.08 |
| 08/05/11 | 8 | DAVID CHASE | SETTLEMENT-PERSONAL PROPERTY | 1121-000 | 1,650.00 | | 6,650.08 |
| 08/31/11 | 19 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,650.14 |
| 09/02/11 | 8 | david Chase | SETTLEMENT-PERSONAL PROPERTY | 1121-000 | 1,650.00 | | 8,300.14 |
| 09/30/11 | 19 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,300.21 |
| 10/31/11 | 19 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,300.28 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 10.57 | 8,289.71 |
| 11/30/11 | 19 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,289.78 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 10.22 | 8,279.56 |
| 12/13/11 | 5, 8 | David Chase | Settlement -Personal Property | 1121-000 | 4,950.00 | | 13,229.56 |
| 12/30/11 | 19 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 13,229.65 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 13.26 | 13,216.39 |
| 01/31/12 | 19 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,216.51 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 17.33 | 13,199.18 |
| 02/07/12 | 8 | David Chase | SETTLEMENT-PERSONAL PROPERTY | 1121-000 | 1,500.00 | | 14,699.18 |
| 02/29/12 | 19 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 14,699.29 |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 16.92 | 14,682.37 |
| 03/06/12 | 8 | David Chase | Settlement-personal property | 1121-000 | 1,500.00 | | 16,182.37 |
| 03/26/12 | 000101 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 11.03 | 16,171.34 |
| 03/30/12 | 19 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 16,171.47 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 19.40 | 16,152.07 |
| | | | Page Subtotals | | 16,250.80 | 98.73 | |

UST Form 101-7-TFR (5/1/2011) (Page: 7)

LFORM24

Ver: 17.04b

Page: 4

**FORM 2** Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-36016 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | CHASE, DAVID L | Bank Name: | Bank of America, N.A. |
| | RACHAL, KIMBERLY | Account Number / CD #: | *******4872 Money Market - Interest Bearing |
| Taxpayer ID No: | *******6101 | | |
| For Period Ending: | 12/24/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/20/12 | 8 | David L. Chase | settlement personal property | 1121-000 | 1,500.00 | | 17,652.07 |
| 04/30/12 | 19 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 17,652.21 |
| 04/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 20.89 | 17,631.32 |
| 05/31/12 | 19 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 17,631.47 |
| 05/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 22.40 | 17,609.07 |
| 06/29/12 | 19 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 17,609.21 |
| 06/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 20.93 | 17,588.28 |
| 07/31/12 | 19 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 17,588.43 |
| 07/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 23.07 | 17,565.36 |
| 08/30/12 | 19 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 17,565.50 |
| 08/30/12 | | Bank of America, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 20.88 | 17,544.62 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 17,544.62 | 0.00 |

|  |  | COLUMN TOTALS | 17,751.52 | 17,751.52 | 0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers/CD's | 0.00 | 17,544.62 | |
|  |  | Subtotal | 17,751.52 | 206.90 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | Net | 17,751.52 | 206.90 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********7779 | 0.00 | 336.64 | 17,207.98 |
| Money Market - Interest Bearing - ********4872 | 17,751.52 | 206.90 | 0.00 |
| | 17,751.52 | 543.54 | 17,207.98 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  1,500.72  17,652.79

FORM 2

Page: 5
Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-36016 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | CHASE, DAVID L | Bank Name: | Bank of America, N.A. |
| | RACHAL, KIMBERLY | Account Number / CD #: | *******4872  Money Market - Interest Bearing |
| Taxpayer ID No: | *******6101 | | |
| For Period Ending: | 12/24/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********7779
Money Market - Interest Bearing - ********4872

Page Subtotals         0.00         0.00

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: December 24, 2013 |

Case Number:   10-36016
Debtor Name:   CHASE, DAVID L

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3120-00 | MAXWELL LAW GROUP, LLC 105 W ADAMS STREET SUITE 3200 CHICAGO, IL 60603 | Administrative | | $18,033.34 | $0.00 | $18,033.34 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | Administrative | | $14.56 | $14.56 | $0.00 |
| 000002 070 7100-00 | Commonwealth Edison Company 3 Lincoln Center Attn: Bankruptcy Section Oakbrook Terrace, IL 60181 | Unsecured | | $845.45 | $0.00 | $845.45 |
| 000003 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $32,613.55 | $0.00 | $32,613.55 |
| 000004 070 7100-00 | Northwestern Orthopaedic Institute 680 N Lakeshore Dr Suite 924 Chicago, IL 60611 | Unsecured | | $685.00 | $0.00 | $685.00 |
| 000005 070 7100-00 | PYOD LLC its successors and assigns as assignee of Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Unsecured | | $54,895.44 | $0.00 | $54,895.44 |
| 000006 070 7100-00 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $2,305.81 | $0.00 | $2,305.81 |
| 000007 070 7100-00 | Beerman Swerdlove 161 N Clark St Suite 2600 Chicago, IL 60601 | Unsecured | | $2,310.00 | $0.00 | $2,310.00 |
| 000008 | Illinois Bell Telephone Company % AT&T Services Inc. Attorney: James Grudus, Esq. One AT&T Way, Room 3A218 Bedminster, NJ 07921 | Unsecured | | $655.24 | $0.00 | $655.24 |
| 000009 070 7100-00 | MB Financial Bank, N.A. Jason M Torf Schiff Hardin LLP 233 S. Wacker Dr. Ste 6600 Chicago, IL 60606-6473 | Unsecured | | $2,303,858.81 | $0.00 | $2,303,858.81 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: December 24, 2013 | |
|---|---|---|---|---|---|---|
| Case Number: 10-36016 | | Claim Class Sequence | | | | |
| Debtor Name: CHASE, DAVID L | | | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
| 000010<br>070<br>7100-00 | Cole Taylor Bank<br>C/O Dykema Gossett PLLC<br>Eric (Rick) S Rein<br>10 S Wacker, Suite 2300<br>Chicago, IL 60606 | Unsecured | | $2,519,671.99 | $0.00 | $2,519,671.99 |
| 000011<br>070<br>7100-00 | Chuhak & Tecson, P.C.<br>c/o Sam Tenenbaum and Cary Fleischer<br>30 S. Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Unsecured | | $89,473.55 | $0.00 | $89,473.55 |
| 000001 | COOK COUNTY TREASURER'S OFFICE<br>LEGAL DEPARTMENT<br>118 NORTH CLARK STREET - ROOM 112<br>CHICAGO, IL 60602 | Secured | | $22,149.94 | $0.00 | $22,149.94 |
| | Case Totals: | | | $5,047,512.68 | $14.56 | $5,047,498.12 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-36016
Case Name: CHASE, DAVID L
RACHAL, KIMBERLY
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand $ 17,207.98

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 2,525.15 | $ 0.00 | $ 2,525.15 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 17,592.50 | $ 0.00 | $ 14,323.90 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 440.84 | $ 0.00 | $ 358.93 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 14.56 | $ 14.56 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 17,207.98

Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) (Page: 12)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,006,659.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Commonwealth Edison Company | $ 845.45 | $ 0.00 | $ 0.00 |
| 000003 | Chase Bank USA, N.A. | $ 32,613.55 | $ 0.00 | $ 0.00 |
| 000004 | Northwestern Orthopaedic Institute | $ 685.00 | $ 0.00 | $ 0.00 |
| 000005 | PYOD LLC its successors and assigns as assignee of | $ 54,895.44 | $ 0.00 | $ 0.00 |
| 000006 | American Express Centurion Bank | $ 2,305.81 | $ 0.00 | $ 0.00 |
| 000007 | Beerman Swerdlove | $ 2,310.00 | $ 0.00 | $ 0.00 |
| 000009 | MB Financial Bank, N.A. | $ 2,303,858.81 | $ 0.00 | $ 0.00 |
| 000010 | Cole Taylor Bank | $ 2,519,671.99 | $ 0.00 | $ 0.00 |
| 000011 | Chuhak & Tecson, P.C. | $ 89,473.55 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $         0.00

Remaining Balance                                          $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE