UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| CHASE, DAVID L | § | Case No. 10-36016 |
| RACHAL, KIMBERLY | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      CLERK OF COURT
      UNITED STATES BANKRUPTCY CT.
      219 S. DEARBORN STREET
      CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/30/2014 in Courtroom ,
      United States Courthouse
      219 S. Dearborn Street
      Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/30/2013        By: /s/ Andrew J. Maxwell
                             Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| CHASE, DAVID L | § | Case No. 10-36016 |
| RACHAL, KIMBERLY | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 17,751.52 |
| and approved disbursements of | $ | 543.54 |
| leaving a balance on hand of[1] | $ | 17,207.98 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 2,525.15 | $ 0.00 | $ 2,525.15 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 17,592.50 | $ 0.00 | $ 14,323.90 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 440.84 | $ 0.00 | $ 358.93 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 14.56 | $ 14.56 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 17,207.98 |
| Remaining Balance | | $ | 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,006,659.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Commonwealth Edison Company | $ 845.45 | $ 0.00 | $ 0.00 |
| 000003 | Chase Bank USA, N.A. | $ 32,613.55 | $ 0.00 | $ 0.00 |
| 000004 | Northwestern Orthopaedic Institute | $ 685.00 | $ 0.00 | $ 0.00 |
| 000005 | PYOD LLC its successors and assigns as assignee of | $ 54,895.44 | $ 0.00 | $ 0.00 |
| 000006 | American Express Centurion Bank | $ 2,305.81 | $ 0.00 | $ 0.00 |
| 000007 | Beerman Swerdlove | $ 2,310.00 | $ 0.00 | $ 0.00 |
| 000009 | MB Financial Bank, N.A. | $ 2,303,858.81 | $ 0.00 | $ 0.00 |
| 000010 | Cole Taylor Bank | $ 2,519,671.99 | $ 0.00 | $ 0.00 |
| 000011 | Chuhak & Tecson, P.C. | $ 89,473.55 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                               Northern District of Illinois

In re:                                                             Case No. 10-36016-PSH
David L Chase                                                      Chapter 7
Kimberly Rachal
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: dpruitt                Page 1 of 3                  Date Rcvd: Dec 31, 2013
                              Form ID: pdf006              Total Noticed: 67


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 02, 2014.
db/jdb        +David L Chase,    Kimberly Rachal,    1538 W Adams,    Chicago, IL 60607-2410
15984579      +Advocate Illinois Masonic,    22393 Network Place,    Chicago, IL 60673-1223
15984580      +Advocate Medical Group,    P.O. Box 92523,    Chicago, IL 60675-2523
15984581      +American Express,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
16642355       American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15984582      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
15984583      +Andrew McCann,    1813 W. 171st St,    East Hazel Crest, IL 60429-1405
15984584      +Arnstein & Lehr LLP,    120 S Riverside Plaza,    Suite 1200,    Chicago, IL 60606-3910
15984585      +Ballert Orthopedic,    C/O ACA International,    1711 S. Neil, 2nd Fl, P.O. Box 3292,
                Champaign, IL 61826-3292
15984586       Bank Of America,    P.O. Box 553512,    Atlanta, GA 30353
15984587      +Beerman Swerdlove,    161 N Clark St,    Suite 2600,    Chicago, IL 60601-3297
15984588      +Care Of Trees,    340 N Hoyne,    Chicago, IL 60612-1623
15984590      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
15984589      +Chase,   Attn: Bankruptcy Dept,     800 Brooksedge Blvd,    Westerville, OH 43081-2822
16450795       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15984575      +Chase David L,    1538 W Adams,    Chicago, IL 60607-2410
15984592      +Children's Memorial Hospital,    P.O. Box 4066,    Carol Stream, IL 60197-4066
15984593      +Children's Memorial Hospital,    P.O. Box 4254,    Carol Stream, IL 60197-4254
15984591     #+Children's Memorial Hospital,    2300 Children's Plaza,     Chicago, IL 60614-3363
15984594      +Children's Surgical Foundation,    777 Oakmont Lane,    Suite 1600,    Westmont, IL 60559-5577
16761472      +Chuhak & Tecson, P.C.,    c/o Sam Tenenbaum and Cary Fleischer,     30 S. Wacker Drive,   Suite 2600,
                Chicago, IL 60606-7512
15984595      +Chutak & Tecson,    C/O Sam Tenenbaum,    30 S Wacker, Suite 2600,    Chicago, IL 60606-7512
15984596      +Citi Cards,    P.O. Box 6000,    THE lAKES, NV 89163-0001
15984597      +City Of Chicago,    Department Of Water Management,    P.O. Box 6330,    Chicago, IL 60680-6330
15984598      +City Of Chicago,    Department Of Buildings,    120 N Racine, 1st Floor,    Chicago, IL 60607-2010
15984599      +City Of Chicago,    Department Of Transportation,    8034 Innovation Way,    Chicago, IL 60682-0080
15984600      +Cole Taylor Bank,    C/O Dykema Gossett PLLC,    Eric (Rick) S Rein,    10 S Wacker, Suite 2300,
                Chicago, IL 60606-7509
15984602      +Cook County Assessor,    PO Box 4468,    Carol Stream, IL 60197-4468
15984603      +East Bank Club,    500 N Kinsbury St,    Chicago, IL 60654-5799
15984604      +Fifth Third Bank,    P.O. Box 630900,    Cincinnati, OH 45263-0900
15984605       Fifth Third Bank,    222 S Riverside Plaza,    Suite 3300,    Chicago, IL 60606-6806
15984606      +Francis Xavier Ward,    C/O Mary Reiling,    751 N State St,    Chicago, IL 60654-3835
15984607      +George Thrush,    2104 N Cleveland,    Chicago, IL 60614-4509
15984608      +Internal Medicine Associates,    210 E Huron St,    #12-205,    Chicago, IL 60611-2985
15984611      +Krystle Kruger,    1024 S. Cooper,    New Lenox, IL 60451-2679
15984612      +Lee R. Swift,    Terra Gonzalez,    1536 W. Adams, #300,    Chicago, IL 60607-2455
15984613      +Leslie Sowle,    6330 S. Drexel,    Chicago, IL 60637-3502
15984614       MB Financial Bank, N.A.,    Jason M Torf,    Schiff Hardin LLP,    233 S. Wacker Dr. Ste 6600,
                Chicago, IL 60606-6473
15984615      +Michael VanDerAa,    1536 W Adams,    #100,   Chicago, IL 60607-2455
15984616      +New Century Bank - MB Financial,     363 W Ontario St,    Chicago, IL 60654-5716
15984617      +Northwestern Children's Practice,     9421 Eagle Way,    Chicago, IL 60673-0001
15984618      +Northwestern Memorial Hospital,    P.O. Box 73690,    Chicago, IL 60673-7690
15984620      +Northwestern Memorial Physicians Group,     75 Remittance Drive, #1293,    Chicago, IL 60675-1293
15984622      +Northwestern Orthopaedic Institute,     680 N Lakeshore Dr,    Suite 924,   Chicago, IL 60611-8701
15984623      +People's Gas,    People's Gas,    Chicago, IL 60687-0001
15984624      +Plant & Maran,    600 E Front St,    Suite 300,   Traverse MI 49686-2892
15984625      +Premium Finance Specialists,    180 N Michigan Ave,    Suite 1016,    Chicago, IL 60601-7420
15984626      +Quest Diagnostic,    P.O. Box 809403,    Chicago, IL 60680-9403
15984576      +Rachal Kimberly,    1538 W Adams,    Chicago, IL 60607-2410
15984627      +Richard Lillie Jr,    3448 N Greenview,    Chicago, IL 60657-1308
15984628      +Rodney & Kiff Slemmons,    1536 W Adams,    #200,   Chicago, IL 60607-2455
15984629      +Sue Scheffler,    30 N Michigan, Suite 1315,    Chicago, IL 60602-3717
15984630      +The Care Of Trees,    A/R Dept X533,    P.O. Box 5193,    Kent, OH 44240-5193
15984631      +The Pediatric Faculty Foundation, Inc.,     P.O. Box 4051,    Carol Stream, IL 60197-4051
15984632      +The Wirbicki Law Group,    33 W Monroe,    Suite 1140,    Chicago, IL 60603-5332
15984577     #+Thomas W Drexler,    77 W Washington St Ste 1910,    Chicago, IL 60602-3176
15984633      +Trott & Trott,    31440 Northwestern Highway, Ste 200,     Farmington Hills, MI 48334-5422
15984634     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:   U.S. Bank,     PO Box 790408,    St Louis, MO 63179)
15984635      +University Eye Specialist,    Billing Dept,    676 N. St. Clair, Suite 1500,
                Chicago, IL 60611-2995
15984637      +Wells Fargo,    P.O. Box 10388,    Des Moines, IA 50306-0388
15984639      +William Wolk,    2330 N Kedzie Blvd,    Chicago, IL 60647-2502
```

```
District/off: 0752-1           User: dpruitt                Page 2 of 3                   Date Rcvd: Dec 31, 2013
                               Form ID: pdf006              Total Noticed: 67
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16069162       +E-mail/Text: lbankruptcy@cookcountytreasurer.com Dec 31 2013 23:16:19
                 COOK COUNTY TREASURER'S OFFICE,    LEGAL DEPARTMENT,    118 NORTH CLARK STREET - ROOM 112,
                 CHICAGO, IL 60602-1332
15984601       +E-mail/Text: legalcollections@comed.com Dec 31 2013 23:16:49        ComEd,    Bill Payment Center,
                 Chicago, IL 60668-0001
16404145       +E-mail/Text: legalcollections@comed.com Dec 31 2013 23:16:49        Commonwealth Edison Company,
                 3 Lincoln Center,    Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
15984609        E-mail/Text: cio.bncmail@irs.gov Dec 31 2013 23:15:16        Internal Revenue Service,
                 P.O. Box 21126,    Philadelphia, PA   19114
16705811       +E-mail/Text: g17768@att.com Dec 31 2013 23:15:08        Illinois Bell Telephone Company,
                 % AT&T Services Inc.,    Attorney: James Grudus, Esq.,     One AT&T Way, Room 3A218,
                 Bedminster, NJ 07921-2693
16524042       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 31 2013 23:20:08
                 PYOD LLC its successors and assigns as assignee of,     Citibank, NA,
                 c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                               TOTAL: 6

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15984619*      +Northwestern Memorial Hospital,    PO Box 73690,    Chicago, IL 60673-7690
15984621*      +Northwestern Memorial Physicians Group,    75 Remittance Dr,    #1293,    Chicago, IL 60675-1293
15984636*     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Us Bank,     425 Walnut St,    Cincinnati, OH   45202)
15984578      ##+Accord Appraisal Service, Inc.,    1841 Hicks Rd,    Unit D,    Rolling Meadows, IL 60008-1251
15984610      ##+Joseph Gerakos,    Reagan Kelly,    1530 W Adams,    Chicago, IL 60607-2410
15984638      ##+Wells Fargo Financial National Bank,    PO Box 98752,    Las Vegas, NV 89193-8752
                                                                                               TOTALS: 0, * 3, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2014                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2013 at the address(es) listed below:
```
              Andrew J Maxwell    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
               trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
               llandpotts.com;vbarad@maxwellandpotts.com
              Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com
              Eric S. Rein    on behalf of Creditor    Cole Taylor Bank rrein@hmblaw.com,  dzic@hmblaw.com
              Jaclyn H. Smith    on behalf of Trustee Andrew J Maxwell, ESQ smith.jaclyn.h@gmail.com,
               preferences_m1@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com,
               naelipas@maxwellandpotts.com
              Lydia Y Siu    on behalf of Creditor    WELLS FARGO BANK, N.A. lsiu@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Maria A Diakoumakis    on behalf of Creditor    Cole Taylor Bank mdiakoumakis@dykema.com,
               DocketCH@dykema.com
              Michael Dimand    on behalf of Creditor    BAC Home Loans Servicing LP mdimand@aol.com,
               bankruptcyfilings@wirbickilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
```

```
District/off: 0752-1          User: dpruitt              Page 3 of 3               Date Rcvd: Dec 31, 2013
                              Form ID: pdf006            Total Noticed: 67
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Thomas W Drexler   on behalf of Debtor David L Chase td@drexlaw.com, drexler321@gmail.com
          Thomas W Drexler   on behalf of Joint Debtor Kimberly  Rachal td@drexlaw.com, drexler321@gmail.com
          Vikram R Barad   on behalf of Trustee Andrew J Maxwell, ESQ vbarad@maxwellandpotts.com
                                                                                                                           TOTAL: 11