# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CHASE, DAVID L | § | Case No. 10-36016 |
| RACHAL, KIMBERLY | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ _____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ _____ (see **Exhibit 2**), yielded net receipts of $ _____ from the liquidation of the property of the estate, which was distributed as follows:

|                                                                      | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|----------------------------------------------------------------------|:----------------:|:---------------:|:--------------:|:-----------:|
| SECURED CLAIMS (from **Exhibit 3**)                                  | $                | $               | $              | $           |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |                  |                 |                |             |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**)           |                  |                 |                |             |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**)                       |                  |                 |                |             |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**)                        |                  |                 |                |             |
| **TOTAL DISBURSEMENTS**                                              | $                | $               | $              | $           |

4)  This case was originally filed under chapter   on              .  The case was pending for      months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/ANDREW J. MAXWELL, TRUSTEE _____
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America P.O. Box 553512 Atlanta, GA  30353 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cole Taylor Bank C/O Dykema Gossett PLLC 10 S Wacker, Suite 2300 Chicago, IL  60606 | | | | | |
| | New Century Bank - MB Financial 363 W Ontario St Chicago, IL  60654 | | | | | |
| | The Wirbicki Law Group 33 W Monroe Suite 1140 Chicago, IL  60603 | | | | | |
| | Trott & Trott 31440 Northwestern Highway, Ste 200 Farmington Hills, MI 48334 | | | | | |
| | U.S. Bank PO Box 790408 St Louis, MO  63179 | | | | | |
| | Wells Fargo Financial National Bank PO Box 98752 Las Vegas, NV  89193 | | | | | |
| | Wells Fargo P.O. Box 10388 Des Moines, IA  50306 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114 | | | | | |
| | Joseph Gerakos Reagan Kelly 1530 W Adams Chicago, IL 60607 | | | | | |
| | Krystle Kruger 1024 S. Cooper New Lenox, IL 60451 | | | | | |
| | Lee R. Swift Terra Gonzalez 1536 W. Adams, #300 Chicago, IL 60607 | | | | | |
| | Leslie Sowle 6330 S. Drexel Chicago, IL 60637 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Michael VanDerAa 1536 W Adams #100 Chicago, IL 60607 | | | | | |
| | Rodney & Kiff Slemmons 1536 W Adams #200 Chicago, IL  60607 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Accord Appraisal Service, Inc. 1841 Hicks Rd Unit D Rolling Meadows, IL  60008 | | | | | |
| | Advocate Illinois Masonic 22393 Network Place Chicago, IL  60673 | | | | | |
| | Advocate Medical Group P.O. Box 92523 Chicago, IL 60675 | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL  33329 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Andrew McCann 1813 W. 171st St East Hazel Crest, IL 60429 | | | | | |
| | Arnstein & Lehr LLP 120 S Riverside Plaza Suite 1200 Chicago, IL  60606 | | | | | |
| | Ballert Orthopedic C/O ACA International 1711 S. Neil, 2nd Fl, P.O. Box 3292 Champaign, IL  61826 | | | | | |
| | Care Of Trees 340 N Hoyne Chicago, IL  60612 | | | | | |
| | Chase Attn: Bankruptcy Dept 800 Brooksedge Blvd Westerville, OH  43081 | | | | | |
| | Children's Memorial Hospital 2300 Children's Plaza Chicago, IL  60614 | | | | | |
| | Children's Memorial Hospital P.O. Box 4066 Carol Stream, IL  60197 | | | | | |
| | Children's Memorial Hospital P.O. Box 4254 Carol Stream, IL  60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Children's Surgical Foundation 777 Oakmont Lane Suite 1600 Westmont, IL 60559 | | | | | |
| | Citi Cards P.O. Box 689106 Des Moines, IA  50368 | | | | | |
| | City Of Chicago Department Of Buildings 120 N Racine, 1st Floor Chicago, IL  60607 | | | | | |
| | City Of Chicago Department Of Transportation 8034 Innovation Way Chicago, IL 60682 | | | | | |
| | City Of Chicago Department Of Water Management P.O. Box 6330 Chicago, IL  60680 | | | | | |
| | City Of Chicago Department Of Water Management P.O. Box 6330 Chicago, IL  60680 | | | | | |
| | City Of Chicago Department Of Water Management P.O. Box 6330 Chicago, IL  60680 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Assessor PO Box 4468 Carol Stream, IL 60197 | | | | | |
| | Cook County Assessor PO Box 4468 Carol Stream, IL 60197 | | | | | |
| | Cook County Assessor PO Box 4468 Carol Stream, IL 60197 | | | | | |
| | Cook County Assessor PO Box 4468 Carol Stream, IL 60197 | | | | | |
| | East Bank Club 500 N Kinsbury St Chicago, IL 60654 | | | | | |
| | Francis Xavier Ward C/O Mary Reiling 751 N State St Chicago, IL  60610 | | | | | |
| | General Burglar Alarm | | | | | |
| | George Thrush 2104 N Cleveland Chicago, IL  60614 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Medicine Associates 210 E Huron St #12-205 Chicago, IL  60611 | | | | | |
| | Internal Medicine Associates 210 E Huron St #12-205 Chicago, IL  60611 | | | | | |
| | Northwestern Children's Practice 9421 Eagle Way Chicago, IL  60673 | | | | | |
| | Northwestern Children's Practice 9421 Eagle Way Chicago, IL  60673 | | | | | |
| | Northwestern Memorial Hospital P.O. Box 73690 Chicago, IL  60673 | | | | | |
| | Northwestern Memorial Hospital PO Box 73690 Chicago, IL  60673 | | | | | |
| | Northwestern Memorial Physicians Group 75 Remittance Drive, #1293 Chicago, IL  60675 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northwestern Memorial Physicians Group 75 Remittance Dr #1293 Chicago, IL  60675 | | | | | |
| | People's Gas People's Gas Chicago, IL  60687 | | | | | |
| | Plante & Moran LLC 22155 Point Blvd Suite 200 Elgin, IL 60123 | | | | | |
| | Premium Finance Specialists 180 N Michigan Ave Suite 1016 Chicago, IL  60601 | | | | | |
| | Quest Diagnostic P.O. Box 809403 Chicago, IL  60680 | | | | | |
| | Quest Diagnostic P.O. Box 809403 Chicago, IL  60680 | | | | | |
| | Quest Diagnostic P.O. Box 809403 Chicago, IL  60680 | | | | | |
| | Richard Lillie Jr 3448 N Greenview Chicago, IL 60657 | | | | | |
| | Sue Scheffler 30 N Michigan, Suite 1315 Chicago, IL  60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Care Of Trees A/R Dept X533 P.O. Box 5193 Kent, OH  44240 | | | | | |
| | The Pediatric Faculty Foundation, Inc. P.O. Box 4051 Carol Stream, IL  60197 | | | | | |
| | University Eye Specialist Billing Dept 676 N. St. Clair, Suite 1500 Chicago, IL  60611 | | | | | |
| | Us Bank 425 Walnut St Cincinnati, OH  45202 | | | | | |
| | William Wolk 2330 N Kedzie Blvd Chicago, IL  60647 | | | | | |
| 000006 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000007 | BEERMAN SWERDLOVE | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000011 | CHUHAK & TECSON, P.C. | | | | | |
| 000010 | COLE TAYLOR BANK | | | | | |
| 000002 | COMMONWEALTH EDISON COMPANY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | COOK COUNTY TREASURER'S OFFICE | | | | | |
| 000008 | ILLINOIS BELL TELEPHONE COMPANY | | | | | |
| 000009 | MB FINANCIAL BANK, N.A. | | | | | |
| 000004 | NORTHWESTERN ORTHOPAEDIC INSTITUTE | | | | | |
| 000005 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 10-36016 | PSH | Judge: PAMELA S. HOLLIS |
| Case Name: | CHASE, DAVID L | | |
| | RACHAL, KIMBERLY | | |
| For Period Ending: | 12/31/13 | | |

| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Date Filed (f) or Converted (c): | 08/12/10 (f) |
| 341(a) Meeting Date: | 10/04/10 |
| Claims Bar Date: | 02/04/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. DEBTORS HAVE AN INTEREST IN VARIOUS PROPERTIES THR | 0.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 50.00 | 50.00 | | 0.00 | FA |
| 3. CHASE, CHECKING ACCOUNT | 2,200.00 | 2,200.00 | | 0.00 | FA |
| 4. FIRST EAGLE ACCOUNTS | 2,300.00 | 2,300.00 | | 0.00 | FA |
| 5. USUAL COMPLEMENT OF HOUSEHOLD GOODS, RUG, ARTWORK | 700.00 | 700.00 | | 2,500.00 | FA |
| 6. USUAL COMPLEMENT OF MEN'S CLOTHING | 350.00 | 350.00 | | 0.00 | FA |
| 7. USUAL COMPLEMENT OF WOMEN'S CLOTHING, FUR COAT | 350.00 | 350.00 | | 0.00 | FA |
| 8. JEWELRY | 10,000.00 | 10,000.00 | | 15,250.00 | FA |
| 9. NORTHWESTERN MUTUAL LIFE INSURANCE POLICIES | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 10. 100% INTEREST IN DELAWARE CORPORATION, LA MANAGER, | 0.00 | 0.00 | | 0.00 | FA |
| 11. STREET LAND TRUST; SERIES B: BENEFICIAL INTEREST O | 0.00 | 0.00 | | 0.00 | FA |
| 12. EMERGING INTERESTS LLC (DEBTOR OWNS 1%, THROUGH LI | 0.00 | 0.00 | | 0.00 | FA |
| 13. THRUSH INVESTMENT COMPANY (DEBTOR OWNS 25% - NO VA | 0.00 | 0.00 | | 0.00 | FA |
| 14. DEBTOR HAS ADVANCED $8,759.44 ON BEHALF OF BENEFIC | 0.00 | 0.00 | | 0.00 | FA |
| 15. DEBTOR OWED 2006 FEDERAL INCOME TAX REFUND, HOWEVE | 0.00 | 0.00 | | 0.00 | FA |
| 16. LIVING TRUST, NO VALUE NET OF DEBT | 0.00 | 0.00 | | 0.00 | FA |
| 17. 1999 DODGE DURANGO | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 18. 2004 VOLVO XC90 | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 19. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.52 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $27,950.00 | $27,950.00 | | $17,751.52 | $0.00 |

(Total Dollar Amount in Column 6)

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

Ver: 17.05

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-36016    PSH    Judge: PAMELA S. HOLLIS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | CHASE, DAVID L | Date Filed (f) or Converted (c): | 08/12/10 (f) |
| | RACHAL, KIMBERLY | 341(a) Meeting Date: | 10/04/10 |
| | | Claims Bar Date: | 02/04/11 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Settlement of jewelry - $17,000.00 completed

Settlement of interest in Motion to Vacate - $5000

Initial Projected Date of Final Report (TFR): 12/31/11        Current Projected Date of Final Report (TFR): 12/31/13

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

Ver: 17.05

FORM 2                                                                              Page:    1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                   Exhibit 9

| Case No: | 10-36016 -PSH | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | CHASE, DAVID L | | Bank Name: | ASSOCIATED BANK |
| | RACHAL, KIMBERLY | | Account Number / CD #: | *******7779  Checking Account |
| Taxpayer ID No: | *******6101 | | | |
| For Period Ending: | 12/31/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 17,544.62 | | 17,544.62 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.82 | 17,533.80 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.17 | 17,522.63 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.80 | 17,511.83 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.16 | 17,500.67 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.02 | 17,474.65 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.47 | 17,451.18 |
| 03/22/13 | 010001 | INTERNATIONAL SURETIES, LTD. | BOND PAYMENTS | 2300-000 | | 14.56 | 17,436.62 |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.94 | 17,410.68 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.05 | 17,385.63 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.85 | 17,359.78 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.98 | 17,334.80 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.77 | 17,309.03 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.73 | 17,283.30 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.87 | 17,258.43 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.66 | 17,232.77 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.79 | 17,207.98 |

| | Page Subtotals | 17,544.62 | 336.64 |
|---|---|---|---|

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-36016  -PSH | |
| Case Name: | CHASE, DAVID L | |
| | RACHAL, KIMBERLY | |
| Taxpayer ID No: | *******6101 | |
| For Period Ending: | 12/31/13 | |

| | | |
|---|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******7779  Checking Account | |
| | | |
| Blanket Bond (per case limit): | $  5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 17,544.62 | 336.64 | 17,207.98 |
| | | | Less:  Bank Transfers/CD's | | 17,544.62 | 0.00 | |
| | | | Subtotal | | 0.00 | 336.64 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 336.64 | |

Page Subtotals                          0.00                    0.00

Ver: 17.05

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 10-36016 -PSH |
| Case Name: | CHASE, DAVID L |
| | RACHAL, KIMBERLY |
| Taxpayer ID No: | *******6101 |
| For Period Ending: | 12/31/13 |

| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******4872  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/31/11 | 8 | David Chase | SETTLEMENT-PERSONAL PROPERTY | 1121-000 | 5,000.00 | | 5,000.00 |
| 06/30/11 | 19 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,000.04 |
| 07/29/11 | 19 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,000.08 |
| 08/05/11 | 8 | DAVID CHASE | SETTLEMENT-PERSONAL PROPERTY | 1121-000 | 1,650.00 | | 6,650.08 |
| 08/31/11 | 19 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,650.14 |
| 09/02/11 | 8 | david Chase | SETTLEMENT-PERSONAL PROPERTY | 1121-000 | 1,650.00 | | 8,300.14 |
| 09/30/11 | 19 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,300.21 |
| 10/31/11 | 19 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,300.28 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 10.57 | 8,289.71 |
| 11/30/11 | 19 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,289.78 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 10.22 | 8,279.56 |
| 12/13/11 | 5, 8 | David Chase | Settlement -Personal Property | 1121-000 | 4,950.00 | | 13,229.56 |
| 12/30/11 | 19 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 13,229.65 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 13.26 | 13,216.39 |
| 01/31/12 | 19 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 13,216.51 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 17.33 | 13,199.18 |
| 02/07/12 | 8 | David Chase | SETTLEMENT-PERSONAL PROPERTY | 1121-000 | 1,500.00 | | 14,699.18 |
| 02/29/12 | 19 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 14,699.29 |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 16.92 | 14,682.37 |
| 03/06/12 | 8 | David Chase | Settlement-personal property | 1121-000 | 1,500.00 | | 16,182.37 |
| 03/26/12 | 000101 | INTERNATIONAL SURETIES, LTD. | BOND PAYMENTS | 2300-000 | | 11.03 | 16,171.34 |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 03/30/12 | 19 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 16,171.47 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 19.40 | 16,152.07 |

Page Subtotals    16,250.80    98.73

Ver: 17.05

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   4

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-36016 -PSH | |
| Case Name: | CHASE, DAVID L | |
| | RACHAL, KIMBERLY | |
| Taxpayer ID No: | *******6101 | |
| For Period Ending: | 12/31/13 | |

| | | |
|---|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******4872  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/20/12 | 8 | David L. Chase | settlement personal property | 1121-000 | 1,500.00 | | 17,652.07 |
| 04/30/12 | 19 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 17,652.21 |
| 04/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 20.89 | 17,631.32 |
| 05/31/12 | 19 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 17,631.47 |
| 05/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 22.40 | 17,609.07 |
| 06/29/12 | 19 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 17,609.21 |
| 06/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 20.93 | 17,588.28 |
| 07/31/12 | 19 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 17,588.43 |
| 07/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 23.07 | 17,565.36 |
| 08/30/12 | 19 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 17,565.50 |
| 08/30/12 | | Bank of America, N.A. | BANK FEES | 2600-000 | | 20.88 | 17,544.62 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 17,544.62 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | 17,751.52 | 17,751.52 | | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 17,544.62 | | |
| Subtotal | 17,751.52 | 206.90 | | |
| Less:  Payments to Debtors | | 0.00 | | |
| Net | 17,751.52 | 206.90 | | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********7779 | 0.00 | 336.64 | 17,207.98 |
| Money Market - Interest Bearing - ********4872 | 17,751.52 | 206.90 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 17,751.52 | 543.54 | 17,207.98 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

|  | | |
|---|---|---|
| Page Subtotals | 1,500.72 | 17,652.79 |

Ver: 17.05

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-36016 -PSH |
| Case Name: | CHASE, DAVID L |
| | RACHAL, KIMBERLY |
| Taxpayer ID No: | *******6101 |
| For Period Ending: | 12/31/13 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******4872  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - *******7779
Money Market - Interest Bearing - ********4872

| | | | | | |
|---|---|---|---|---|---|
| | | Page Subtotals | | 0.00 | 0.00 |

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 22)*